(Reap. Dec. 8821)

BEMO SHIPPING CO. *v.* UNITED STATES

Entry No. 884947, etc.

(Decided June 5, 1957)

*John D. Rode* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant

LAWRENCE, Judge: The proper dutiable value of certain electrical articles covered by the appeals for a reappraisement enumerated in schedule "A," attached to and made part of the decision herein, is before the court for determination.

The parties hereto have stipulated and agreed that, at the time of exportation of the involved merchandise, there was no foreign, export, or United States value for such or similar merchandise; that cost of production is the proper basis of appraisement; and that said cost of production is represented by the invoice unit value, less nondutiable charges deducted on entry by the importer, less 19½ per centum, plus 17⅗ per centum.

Upon the agreed facts of record, I find and hold that cost of production, as that value is defined in section 402 (f) of the Tariff Act of 1930 (19 U. S. C. § 1402 (f)), is the proper basis of value for the electrical articles in issue and that said value is the invoice unit value, less the nondutiable charges deducted on entry by the importer, less 19½ per centum, plus 17⅗ per centum.

Judgment will be entered accordingly.